## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

RECEIVED

2007 AUG 29  P 1: 08

ALONZO MOREFIELD, JR.,  )
                               )
       Plaintiff,          )     **Case Number:** DEBRA P. HACKETT, CLK
                               )              DISTRICT COURT
v.                           )          MIDDLE DISTRICT ALA
                               )
GINA SAVAGE, WANDA ROBINSON,  )
CAPTAIN B. PALMER-BYRD,  )     2:07cv780 - MHT
MS. BROWN, F. DAVIS, P. HARRIS,  )
DEPUTY IBIDAPO, DEPUTY FOSTER, )
                               )
       Defendants.         )

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Gina Savage, Wanda

Robinson, Captain B. Palmer-Byrd, Ms. Brown, F. Davis, P. Harris, Deputy Ibidapo and

Deputy Foster, hereby give Notice of Removal of this action from the Circuit Court

of Montgomery County, Alabama, to the United States District Court for the Middle

District of Alabama, Northern Division, as follows:

### Commencement of the Case

1.    This action was commenced on June 20, 2007, with the filing of a

Summons and Complaint in Civil Action No. CV-07-991, in the Circuit Court of

Montgomery County, Alabama. (Exhibit "A")

### Jurisdictional Statement

2.    In his Complaint, Plaintiff asserts violations of his rights under the First,

Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments of the United States

Constitution.   Pursuant to 28 U.S.C. §1331, this Court would have original jurisdiction

over Plaintiff's claims    Plaintiff is an inmate at the Montgomery County Detention

Facility and his claim is also cognizable in this Court pursuant to the Prison Litigation Reform Act, 42 U.S.C § 1997e(a).

## Timeliness of Removal

3.    Pursuant to 28 U.S.C. §§ 1441 and 1446, the Defendants are timely removing this action from the Circuit Court of Montgomery County, Alabama.

## Removal to Middle District of Alabama

4.    Removal is proper to the Middle District of Alabama, Northern Division, pursuant to 28 U.S.C. § 81, as Montgomery County is within its boundaries.  Pursuant to 28 U.S.C. § 1441, this action is being removed to this Court, which embraces the place where the action is pending in state court.

## Attachment of State Court Pleadings and Records

5.    Pursuant to Local Rules 3.1 and 81.1, and 28 U.S.C. § 1446, a completed civil cover sheet and clear and legible copies of all pleadings, motions, orders and other papers filed and served in this action are attached as Exhibit "A."

## Notice to State Court

6.    Contemporaneously with the filing of this Notice of Removal in this Court, and in accordance with 28 U.S.C. § 1446(d), Defendants have sent written Notice of Removal to Plaintiff at the Montgomery County Detention Facility, Post Office Box 4599, Montgomery, Alabama 36103, and has filed a copy of this Notice with the Clerk of the District Court of Montgomery County, Alabama.

## No Admission of Fact or Law

7.    No admission of fact, law, or liability is intended by this Notice of Removal, and all defenses, motions, and pleas are expressly reserved.

**Conclusion**

WHEREFORE, THE PREMISES CONSIDERED, the Defendants respectfully submit that this action should be removed from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted this the ____ day of August, 2007.

_____
Thomas T. Gallion, III (ASB-5295-L74T)
Constance C. Walker  (ASB-5510-L66C)
Attorney for Defendants

**OF COUNSEL:**

**HASKELL SLAUGHTER YOUNG & GALLION, L.L.C.**
305 South Lawrence Street
Post Office Box 4660
Montgomery, Alabama 36103-4660
(334) 265-8573
(334) 264-7945 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing document upon the following by causing a true and complete copy of same to be deposited in **the United States Mail,** sufficient first class postage prepaid, on this the ___ day of August, 2007, addressed as follows:

Alonzo Morefield, Jr.
Montgomery County Detention Facility
Post Office Box 4599
Montgomery, Alabama

Of Counsel

27771

| State of Alabama<br>Unified Judicial System | **SUMMONS**<br>**- CIVIL -** | **Case Number** |
|---|---|---|
| Form C-34    Rev 6/88 | | CV-07-991 |

IN THE _Circuit_   COURT OF _Montgomery_ COUNTY

Plaintiff _Alonzo Morefield, Jr._   v. Defendant _Gina Savage, Wanda Robinson, Capt. B. Palmer, Byrd, Ms. Brown, R. Harris, F. Davis, Deputies Ibidalo and Deputy Foster and Individually and in Official Capacity_

NOTICE TO _Montgomery County Detention Facility, 250 McDonough, Street Montgomery, AL, 36104_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _Alonzo Morefield, Jr. Pro Se Litigant, Esq._ WHOSE ADDRESS IS _I.D. No. 479955, Ga. St. Prison, 300 1st Ave Reidsville, Ga. 30453_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☒ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____

By _____

**Clerk/Register**

☐ Certified Mail is hereby requested.

_____
**Plaintiff's/Attorney's Signature**

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____
   (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____
   (Date)

_____
Date

_____
**Server's Signature**

_____
Address of Server

_____
**Type of Process Server**

2007 JUN 20 PM 2:11
FILED IN CIRCUIT COURT OF MONTGOMERY COUNTY

ALONZO MOREFIELD, JR.,
        PLAINTIFF,

-VS-

GINA SAVAGE, WANDA ROBINSON,
CAPT. B. PALMER-BYRD, MS. BROWN,
F. DAVIS, P. HARRIS, DEPUTY IBIDAPO,
DEPUTY FOSTER,
        DEFENDANTS.

CIVIL ACTION NO. 07-991

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2007 JUN 20  PM 2:11

DEMAND FOR JURY TRIAL

## COMPLAINT

The ABOVE LISTED DEFENDANTS ARE EMPLOYED AT MONTGOMERY COUNTY DETENTION FACILITY (M.C.D.F.) LOCATED AT 250 McDonough St. MONTGOMERY, AL. 36104 INVOKING THE JURISDICTION OF THIS COURT. DEFENDANTS ARE SUED INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY IN VIOLATION OF LOCAL, COUNTY AND STATE LAW, JAIL POLICY AND PROCEDURE AND PRISONERS U.S. CONSTITUTIONAL RIGHTS. THE FOLLOWING ARE ENUMERATED CLAIMS WHICH DETAIL DEFENDANTS LIABILITY IN THIS CASE.

PLAINTIFF WAS INCARCERATED AT M.C.D.F. FROM AUGUST 4, 2004 TO DECEMBER 11, 2004. WHILE A PRISONER AT MCDF PLAINTIFF WAS SUBJECTED TO ABUSE, DEPRIVATION OF MEDICAL, DENTAL AND MENTAL HEALTH AND INADEQUATE HEALTH CARE. PLAINTIFF WAS ALSO THE VICTIM OF THE FOLLOWING.

1. FROM AUGUST 4 THRU DECEMBER 11, 2004, MCDF DIRECTOR GINA SAVAGE AND ASSISTANT DIRECTOR WANDA ROBINSON DEPRIVED PLAINTIFF ACCESS TO HIS LEGAL DOCUMENTS IN HIS PROPERTY BY NOT ALLOWING HIM TO POSSESS SAID DOCUMENTS IN HIS CELL WHICH EFFECTED THE PREPERATION OF HIS CRIMINAL CASE AND CAUSED IRREPARABLE HARM IN THE SUBSEQUENT CONVICTION IN CASE NO. CC-2004-1043, 1044, 1045. THIS IS DEPRIVATION IS ACCESS TO COURT.

2. ON DECEMBER 1, 2004, MCDF. ASST. DIRECTOR WANDA ROBINSON DEPRIVED PLAINTIFF OF MCDF GRIEVANCE PROCEDURE IN A WRITTEN LETTER TO PLAINTIFF. CAUSING PLAINTIFF TO SUFFER HARM AT HANDS OF JAIL STAFF.

3. FROM AUG. 4, THRU DEC. 11, 2004 DEFENDANTS GINA SAVAGE AND WANDA ROBINSON EMPLOYED SUSTAINED SEGREGATION FOR PLAINTIFFS ENTIRE STAY AT MCDF FOR UNKNOWN REASONS. PLAINTIFF WAS NOT A DISCIPLINARY PROBLEM THUS SEGREGATION WAS UNJUSTIFIED, UNWARRENTED AND PREJUDICIAL. THIS OBSTRUCTED MOREFIELD FROM PARTICIPATING IN SOCIAL GROUP INCLUDING CHURCH SERVICES.

4. FROM AUG. 4, THRU DEC 11, 2004, CAPTAIN B. PALMER-BYRD, DIRECTOR OF MEDICAL, DENTAL AND MENTAL HEALTH DIVISION AT MCDF. PLAINTIFF WAS DEPRIVED OF: A) MEDICAL, MENTAL HEALTH INTAKE SCREENING B) TREATMENT FOR CHRONIC CHOLESTEROL, HYPERTENSION, SINUS ALLERGY ILLNESS C) TESTING FOR COMMUNICABLE DISEASES INCLUDING STD'S, TUBERCULOSIS D) DENTAL CARE E) MCDF HAS NO 24 HOUR EMERGENCY MEDICAL CARE F) NO MENTAL HEALTH CARE.

~1~

5. From Aug. 4, thru Dec. 1, 2004, F. Davis and P. Harris, Grievance and Library Clerks, collectively failed to investigate, process, reply or recommend corrective action against MCDF staff from misconduct from grievances filed, further depriving plaintiff access to court by only allowing plaintiff a unreasonable 15-30 minutes per week of law library to law work.

6. From Aug 4, thru Dec. 11, 2004, MCDF mail clerk Ms. Brown blatantly and intentionally failed to properly delivery incoming U.S. mail including legal mail to plaintiff by leaving mail in floor control booth for deputies to distribute which violates Jail Policy. Plaintiffs legal mail was opened prior to delivery and outside presence of plaintiff.

7. On November 23, 2004, plaintiff was given the wrong diet tray by MCDF deputy Ibidapo. A tray with plaintiffs name on it was NOT issued per Jail Policy. When plaintiff complained, deputy Ibidapo and deputy Foster physically assaulted plaintiff by striking him in the face, chest, arms, stomach with closed fist. Plaintiff was not taken to medical or not allowed to have a use of force exam or file a grievance.

## SUMMARY OF VIOLATIONS

Actions by defendants are in violation of Alabama Rules of Civil Procedure, American Correctional Association standards on Jail Operation, National Commission on Correctional Health Care, National Institute of Occupations, Safety and Health. Plaintiff requests this court to appoint a correctional expert to audit all aspects of Jail Operation, investigate all allegations. The correctional expert shall review all staff incident reports, inmate grievances, reports generated by MCDF Grievance Committee, Tower, Dorm Log Books, Booking procedures, interview plaintiff and any current or past prisoners, review excessive force policies and all current and prior complaints by plaintiff and current and prior prisoners at MCDF. Complete a investigation and file a report with findings with this court for review.

Defendants have violated plaintiffs prisoner rights, local, county and state of Alabama laws and plaintiffs U.S. Constitutional rights.

Claim 1: Defendant Savage and Robinson violated Alabama law, Jail Policy and Prisoners U.S. Constitutional rights of 1st, 4th 5th 6th 8th and 14th Amendment Rights, Plaintiffs rights.

Claim 2: Defendant Robinson violated Alabama law, Jail Policy and Prisoners/Plaintiffs 1st 5th 8th and 14th Amendment Rights.

Claim 3: Defendants Savage and Robinson violated Jail Policy, Alabama Law and Plaintiffs 1st 5th, 6th 8th and 14th U.S. Constitutional rights.

Claim 4: Defendant Byrd violated Jail Policy, Alabama Law and Plaintiffs 5th, 8th and 14th Amendment Rights.

Claim 5: Defendant Davis and Harris violated Jail Policy, Alabama Law and Plaintiffs 1st, 5th, 6th, 8th and 14th U.S. Constitutional Rights.

Claim 6: Defendant Brown violated Jail Policy, Alabama Law, and Plaintiffs 5th, 8th, and 14th Amendment Rights.

Claim 7: Defendants Ibidapo and Foster violated Jail Policy, Alabama Law and Plaintiffs 5th, 8th and 14th Amendment Rights.

~2~

# RELIEF SOUGHT

PLAINTIFF SEEKS MONETARY RELIEF FOR ATTORNEY FEES IN AMOUNT OF 45.00 PER HOUR EVERY HOUR PLAINTIFF SPENT WORKING ON THIS CASE, A TOTAL AMOUNT OF HOURS WILL BE CITED IN A SEPARATE FILING.

PLAINTIFF SEEKS COMPENSATORY DAMAGES AGAINST EACH DEFENDANT FOR BLATENT, INTENTIONAL VIOLATIONS OF MOREFIELDS RIGHTS AND MENTAL ANGUISH. THE AMOUNT OF DAMAGES ARE TO BE ASSESSED BY A JURY AFTER EVALUATING THE CONSTITUTIONAL VIOLATIONS AND HARM CAUSED TO PLAINTIFF.

PLAINTIFF SEEKS PUNITIVE DAMAGES AS FOLLOWS:

CLAIM 1 — GINA SAVAGE IN AMOUNT OF $50,000.00

CLAIM 2 — WANDA ROBINSON IN AMOUNT OF 50,000.00

CLAIM 2 — WANDA ROBINSON IN AMOUNT OF 25,000.00

CLAIM 3 — GINA SAVAGE IN AMOUNT OF 50,000.00

CLAIM 3 — WANDA ROBINSON IN AMOUNT OF 50,000.00

CLAIM 4 — CAPTAIN B. PALMER—BYRD IN AMOUNT OF 100,000.00

CLAIM 5 — F. DAVIS IN AMOUNT OF 25,000.00

CLAIM 5 — P. HARRIS IN AMOUNT OF 25,000.00

CLAIM 6 — MS. BROWN IN AMOUNT OF 50,000.00

CLAIM 7 — DEPUTY IBIDAPO IN AMOUNT OF 100,000.00

CLAIM 7 — DEPUTY FOSTER IN AMOUNT OF 100,000.00

RESPECTFULLY SUBMITTED
ALONZO MOREFIELD, JR.,
PLAINTIFF, PRO SE

BY: _____

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY THAT A COPY OF THIS COMPLAINT WAS SERVED ON ALL LISTED DEFENDANTS IN THIS ACTION BY U.S. MAIL OR HAND DELIVERY VIA MONTGOMERY COUNTY CIRCUIT COURT CLERK POSTAGE PAID THEREON ADDRESSED TO: ALL NAMED DEFENDANTS AT MONTGOMERY COUNTY DETENTION FACILITY, 250 MCDonough STREET, MONTGOMERY, ALABAMA 36104 THIS 21st DAY OF MAY, 2007.

_____ JR.

ALONZO MOREFIELD, JR.
I.D. NO. 479955
GEORGIA STATE PRISON
300 FIRST AVE
REIDSVILLE, GA. 30453

### CUSTODIAL AUTHORITY

GEORGIA DEPT. OF CORRECTIONS
C/o GEORGIA STATE PRISON
ATTN: STEPHEN UPTON, WARDEN
300 FIRST AVE
REIDSVILLE, GA. 30453
(912) 557-7301

~ 4 ~

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY OF ALABAMA

Alonzo Morefield, Jr.,
     Plaintiff,

vs-                                                    *  CIVIL ACTION No.: 07-991
                                                       *
Gina Savage, Wanda Robinson,                           *
Capt. B. Palmer-Byrd, Ms. Brown,
F. Davis, P. Harris, Officer Ibidapo,                  *
Officer Foster, individually and in
Official Capacity,                                     *
          Defendants.                                  *

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff moves this court in above styled case for a order appointing a qualified, trained lawyer to represent him in this case. Ordinarily appointment of counsel in a civil action is not mandated by Ala law or 6th Amendment. However to prevent a miscarriage of justice appointment of counsel is necessary. Plaintiff further sayeth the following:

1. Plaintiff is in the custody of the Georgia Department of Corrections (GDC) litigating this case from another state.

2. Plaintiff has NO access to Alabama law books, Alabama case law or Alabama legal filing materials.

3. At Plaintiffs facility his law library time is severely restricted.

4. Plaintiff's likelihood of success on the merits in this case is favorable

5. Plaintiff is not a lawyer and not granting counsel representation would be a blatent miscarriage of justice.

Wherefore, Plaintiff ask this court to grant a order appointing counsel in this case or hold a hearing to hear oral arguments on this motion pursuant to Alabama law.

Respectfully submitted,

Alonzo Morefield, Jr.
Plaintiff, Pro Se

by: _____

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY THAT A COPY OF THIS COMPLAINT WAS Served ON ALL LISTED defendants IN THIS ACTION by U.S. MAIL OR HAND Delivery VIA MONTGOMERY COUNTY CIRCUIT Court Clerk POSTAGE PAID There on ADDRESSed TO: All NAMED DefendANTS AT MontGomery COUNTY DETENTION FACiLiTy, 250 McDonough STreeT, MonTGomery, AlABAMA 36104 This 21st day of MAY 2007.

_____

CUSTODIAL AuThority
GEORGIA DEPT. OF CORRECTIONS
C/o GEORGIA STATE PRISON
ATTN: STepHen UPTON, WARDEN
300 FiRST AVE
REidSVille, GA. 30453
(912) 557-7301

ALONZO MOREFIELD, JR.
I.D. NO. 479955
GEORGIA STATE PRISON
300 FIRST AVE
REidsville, GA. 30453

~ 4 ~

ALONZO MOREFIELD, JR.,
PLAINTIFF,

* * *

vs-

GINA SAVAGE, WANDA ROBINSON,
CAPT. B. PALMER-BYRD, MS. BROWN,
F. DAVIS, P. HARRIS, OFFICER IBIDAPO,
OFFICER FOSTER, INDIVIDUALLY AND IN
OFFICIAL CAPACITY,
        DEFENDANTS.

CIVIL ACTION NO.: 07-991

## MOTION FOR APPOINTMENT OF COUNSEL

PLAINTIFF MOVES THIS COURT IN ABOVE STYLED CASE FOR A ORDER APPOINTING A QUALIFIED, TRAINED LAWYER TO REPRESENT HIM IN THIS CASE. ORDINARILY APPOINTMENT OF COUNSEL IN A CIVIL ACTION IS NOT MANDATED BY ALA LAW OR 6th AMENDMENT. HOWEVER TO PREVENT A MISCARRIAGE OF JUSTICE APPOINTMENT OF COUNSEL IS NECESSARY. PLAINTIFF FURTHER SAYETH THE FOLLOWING:

1. PLAINTIFF IS IN THE CUSTODY OF THE GEORGIA DEPARTMENT OF CORRECTIONS. (GDC) LITIGATING THIS CASE FROM ANOTHER STATE.

2. PLAINTIFF HAS NO ACCESS TO ALABAMA LAW BOOKS, ALABAMA CASE LAW OR ALABAMA LEGAL FILING MATERIALS.

3. AT PLAINTIFFS FACILITY HIS LAW LIBRARY TIME IS SEVERELY RESTRICTED.

4. PLAINTIFF'S LIKELIHOOD OF SUCCESS ON THE MERITS IN THIS CASE IS FAVORABLE.

5. PLAINTIFF IS NOT A LAWYER AND NOT GRANTING COUNSEL REPRESENTATION WOULD BE A BLATENT MISCARRIAGE OF JUSTICE.

* WHEREFORE, PLAINTIFF ASK THIS COURT TO GRANT A ORDER APPOINTING COUNSEL IN THIS CASE OR HOLD A HEARING TO HEAR ORAL ARGUMENTS ON THIS MOTION PURSUANT TO ALABAMA LAW.

RESPECTFULLY SUBMITTED,

ALONZO MOREFIELD, JR.
PLAINTIFF, PRO SE

BY: _____

DENIED _6-26-07_
        DATE
_____
TRUMAN M. HOBBS, JR.
CIRCUIT JUDGE

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2007 JUN 27 PM 2:59

CC: ALONZO MOREFIELD, JR. □

ALONZO MCREHGHTEN, CV, PLAINTIFF

| | |
|---|---|
| State of Alabama<br>Unified Judicial System<br>Form C-10 (front)    Rev. 8/92 | **AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER** |

**Case Number**

CV 07-991

IN THE _CIRCUIT_ COURT OF _MONTGOMERY_ COUNTY

☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____
_GINA SAVAGE, WANDA ROBINSON, CAPT. B. PAIMEC-BYRD, MS. BROWN, A. Harris_
v. _F. DAVIS, DEPUTY IBIDAPO AND DEPUTY FOSTER_, Defendant

TYPE OF PROCEEDING: _____ CHARGE: _Violation of MCDF Policy, Alabama Law and US Constitution Rights_

☒ CIVIL CASE- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE (such as paternity, support, termination of parental rights, dependency) - I request an attorney be appointed for me.

☐ CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child.

## AFFIDAVIT

**INCOME/EMPLOYMENT**

A. Do you have a job or work for yourself?   ☐ Yes  ☒ No
Employer's name and address _N/A_
How much money do you take home each week?   + $ _N/A_

B. If unemployed, give month and year of last employment and amount earned per month _Never had Legal Employment_   $ _N/A_

C. Does your husband or wife have a job?   ☐ Yes  ☒ No
Employer's name and address _N/A_
How much money does he/she take home each week?   $ _N/A_

D. Do you receive money or benefits from any other source?   ☐ Yes  ☒ No
(Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
How much do you receive each month?   + $ _N/A_

*(stamp: JUN 2007 Filed, Melissa Rittenour, Circuit Clerk)*

**ASSETS**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?   ☐ Yes  ☒ No
Where? _None_   How much?  + $ _0.00_

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)   ☐ Yes  ☒ No
What? _N/A_
Total Value  + $ _0.00_

**DEPENDENTS**

A. Are you:  ☒ Single  ☐ Married  ☐ Widowed  ☐ Divorced  ☐ Separated?

B. Do you have any dependents?   ☐ Yes  ☒ No
Who and what relationship? _N/A_

AVSO350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY    COUNTY

SUMMONS

CV 2007 000991.00

```
|-------------------------------------------------------------------------|
|         IN THE CIRCUIT   COURT OF MONTGOMERY     COUNTY                  |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                              |
|                                                                         |
|      SERVE ON: (D001)                                                   |
|                                                                         |
|      SSN: 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              PLAINTIFF`S ATTORNEY                 |
|                                                                         |
|      SAVAGE GINA                   *** PRO SE ***                        |
|      250 MCDONOGH ST                                                     |
|                                                                         |
|      MONTGOMERY    ,AL  36104-0000                                      |
|-------------------------------------------------------------------------|
```

TO THE ABOVE NAMED DEFENDANT:

  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

---

 (✓)   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
       COMPLAINT IN THIS ACTION UPON DEFENDANT.

 ( )   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
       OF THE ALABAMA RULES OF CIVIL PROCEDURE.

 DATE: 07/23/2007                    CLERK:MELISSA RITTENOUR
                                     P O BOX 1667
                                     MONTGOMERY  AL  36102-1667
                                     (334)832-1266

```
|-------------------------------------------------------------------------|
|      RETURN ON SERVICE:                                                  |
|                                                                         |
| ( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____ |
|       (RETURN RECEIPT HERETO ATTACHED)                                   |
|                                                                         |
| ( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND    |
|                                                                         |
|       COMPLAINT TO _____ |
|                                                                         |
|       IN _____ COUNTY, ALABAMA ON (DATE) _____ |
|                                                                         |
| _____        _____ |
| DATE                                SERVER SIGNATURE                     |
|                                                                         |
| _____        _____ |
| SERVER ADDRESS                      TYPE OF PROCESS SERVER               |
|                                                                         |
|-------------------------------------------------------------------------|
```

OPERATOR: LAW
PREPARED: 07/23/2007

AVSO350                    ALABAMA JUDICIAL DATA CENTER
                           MONTGOMERY    COUNTY

                                SUMMONS
                                                    CV 2007 000991.00

```
|------------------------------------------------------------------------|
|          IN THE CIRCUIT  COURT OF MONTGOMERY    COUNTY                  |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                             |
|                                                                        |
|        SERVE ON: (D002)                                                |
|                                                                        |
|        SSN: 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              PLAINTIFF`S ATTORNEY               |
|                                                                        |
|        ROBINSON WANDA                *** PRO SE ***                     |
|        250 MCDONOGH ST                                                 |
|                                                                        |
|        MONTGOMERY     ,AL  36104-0000                                  |
|------------------------------------------------------------------------|
| TO THE ABOVE NAMED DEFENDANT:                                          |
|                                                                        |
|   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST |
| TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE  |
| REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER     |
| ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS |
| ATTORNEY(S) SHOWN ABOVE OR ATTACHED:                                   |
|                                                                        |
|   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS |
| AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE    |
| ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. |
| YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT. |
|------------------------------------------------------------------------|
|                                                                        |
| (V) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR |
|     4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:     |
|     YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE    |
|     COMPLAINT IN THIS ACTION UPON DEFENDANT.                           |
|                                                                        |
| ( )  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS TO INITIATED UPON THE |
|      WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)        |
|      OF THE ALABAMA RULES OF CIVIL PROCEDURE.                          |
|                                                                        |
|  DATE: 07/23/2007                  CLERK:MELISSA RITTENOUR             |
|                                           P O BOX 1667                  |
|                                           MONTGOMERY  AL  36102-1667    |
|                                           (334)832-1266                 |
|------------------------------------------------------------------------|
|                                                                        |
|      RETURN ON SERVICE:                                                |
|  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____ |
|       (RETURN RECEIPT HERETO ATTACHED)                                 |
|  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND   |
|                                                                        |
|       COMPLAINT TO _____ |
|                                                                        |
|       IN _____ COUNTY, ALABAMA ON (DATE) _____ |
|                                                                        |
| _____       _____ |
| DATE                                SERVER SIGNATURE                    |
|                                                                        |
| _____       _____ |
| SERVER ADDRESS                      TYPE OF PROCESS SERVER              |
|                                                                        |
| _____                                          |
|------------------------------------------------------------------------|
```
OPERATOR: LAW
PREPARED: 07/23/2007

AVSO350                          ALABAMA  JUDICIAL  DATA  CENTER
                                    MONTGOMERY       COUNTY

                                       SUMMONS
                                                        CV 2007 000991.00

```
|-------------------------------------------------------------------------|
|                IN THE CIRCUIT  COURT OF MONTGOMERY    COUNTY             |
|                                                                         |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                              |
|                                                                         |
|       SERVE ON:  (D003)                                                 |
|                                                                         |
|       SSN:  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                      PLAINTIFF`S ATTORNEY        |
|                                                                         |
|       BYRD CAPT. B PALMER                    *** PRO SE ***              |
|       250 MCDONOGH ST                                                   |
|                                                                         |
|       MONTGOMERY     ,AL  36104-0000                                    |
|-------------------------------------------------------------------------|
| TO THE ABOVE NAMED DEFENDANT:                                           |
|                                                                         |
|   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
| TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE   |
| REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER      |
| ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS  |
| ATTORNEY(S) SHOWN ABOVE OR ATTACHED:                                    |
|                                                                         |
|   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
| AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE     |
| ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
| YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.
|-------------------------------------------------------------------------|
|                                                                         |
| (✓)   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
|       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:    |
|       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE   |
|       COMPLAINT IN THIS ACTION UPON DEFENDANT.                          |
|                                                                         |
| ( )   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
|       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) |
|       OF THE ALABAMA RULES OF CIVIL PROCEDURE.                          |
|                                                                         |
| DATE: 07/23/2007                       CLERK:Melissa Rittenour          |
|                                        P O BOX 1667                      |
|                                        MONTGOMERY  AL  36102-1667        |
|                                        (334)832-1266                     |
|-------------------------------------------------------------------------|
|     RETURN ON SERVICE:                                                   |
|                                                                         |
| ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____  |
|      (RETURN RECEIPT HERETO ATTACHED)                                   |
|                                                                         |
| ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND     |
|                                                                         |
|      COMPLAINT TO _____          |
|                                                                         |
|      IN _____ COUNTY, ALABAMA ON (DATE) _____   |
|                                                                         |
| _____   _____     |
| DATE                                 SERVER SIGNATURE                    |
|                                                                         |
| _____   _____     |
| SERVER ADDRESS                       TYPE OF PROCESS SERVER              |
|                                                                         |
|-------------------------------------------------------------------------|
```

OPERATOR: LAW
PREPARED: 07/23/2007

AVSO350

ALABAMA JUDICIAL DATA CENTER
MONTGOMERY    COUNTY

SUMMONS

CV 2007 000991.00

```
|------------------------------------------------------------------------|
|              IN THE CIRCUIT  COURT OF MONTGOMERY    COUNTY              |
|                                                                        |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                             |
|                                                                        |
|       SERVE ON: (D004)                                                 |
|                                                                        |
|       SSN: 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                     PLAINTIFF`S ATTORNEY        |
|                                                                        |
|       MRS. BROWN                           *** PRO SE ***              |
|       250 MCDONOGH ST                                                  |
|                                                                        |
|       MONTGOMERY      ,AL  36104-0000                                  |
|------------------------------------------------------------------------|
| TO THE ABOVE NAMED DEFENDANT:                                          |
|                                                                        |
|   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST |
| TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE  |
| REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER     |
| ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS |
| ATTORNEY(S) SHOWN ABOVE OR ATTACHED.                                   |
|                                                                        |
|   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS |
| AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE    |
| ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. |
| YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT. |
|------------------------------------------------------------------------|
|                                                                        |
|  ( )  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR |
|       4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:   |
|       YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE  |
|       COMPLAINT IN THIS ACTION UPON DEFENDANT.                         |
|                                                                        |
|  ( )  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE |
|       WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C) |
|       OF THE ALABAMA RULES OF CIVIL PROCEDURE.                         |
|                                                                        |
|  DATE: 07/23/2007                  CLERK:MELISSA RITTENOUR             |
|                                          P O BOX 1667                  |
|                                          MONTGOMERY AL  36102-1667     |
|                                          (334)832-1266                 |
|------------------------------------------------------------------------|
|                                                                        |
|       RETURN ON SERVICE:                                               |
|                                                                        |
|  ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____ |
|       (RETURN RECEIPT HERETO ATTACHED)                                 |
|                                                                        |
|  ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND   |
|                                                                        |
|       COMPLAINT TO _____ |
|                                                                        |
|       IN _____ COUNTY, ALABAMA ON (DATE) _____ |
|                                                                        |
|       _____         _____  |
|       DATE                               SERVER SIGNATURE              |
|                                                                        |
|       _____         _____  |
|       SERVER ADDRESS                     TYPE OF PROCESS SERVER        |
|                                                                        |
|------------------------------------------------------------------------|
```

OPERATOR: LAW
PREPARED: 07/23/2007

AVSO350                    ALABAMA JUDICIAL DATA CENTER
                              MONTGOMERY    COUNTY

                                    SUMMONS

                                                    CV 2007 000991.00

```
|---------------------------------------------------------------------------|
|              IN THE CIRCUIT   COURT OF MONTGOMERY     COUNTY              |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                               |
|                                                                          |
|        SERVE ON: (D005)                                                  |
|                                                                          |
|        SSN: 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              PLAINTIFF`S ATTORNEY                |
|                                                                          |
|        F. DAVIS                      *** PRO SE ***                      |
|        250 MCDONOGH ST                                                   |
|                                                                          |
|        MONTGOMERY      ,AL  36104-0000                                   |
|---------------------------------------------------------------------------|
```

TO THE ABOVE NAMED DEFENDANT:

  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

```
|---------------------------------------------------------------------------|
```

 (✓)    TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
        4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
        YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
        COMPLAINT IN THIS ACTION UPON DEFENDANT.

 ( )    THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
        WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
        OF THE ALABAMA RULES OF CIVIL PROCEDURE.

 DATE: 07/23/2007                    CLERK:MELISSA RITTENOUR
                                           P O BOX 1667
                                           MONTGOMERY  AL  36102-1667
                                           (334)832-1266

```
|---------------------------------------------------------------------------|
```

      RETURN ON SERVICE:

 ( )    CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
        (RETURN RECEIPT HERETO ATTACHED)

 ( )    I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND

        COMPLAINT TO _____

        IN _____ COUNTY, ALABAMA ON (DATE) _____

 _____        _____
 DATE                                     SERVER SIGNATURE

 _____        _____
 SERVER ADDRESS                           TYPE OF PROCESS SERVER

```
|---------------------------------------------------------------------------|
```
OPERATOR: LAW
PREPARED: 07/23/2007

AVSO350                          ALABAMA JUDICIAL DATA CENTER
                                    MONTGOMERY    COUNTY

                                        SUMMONS
                                                        CV 2007 000991.00

```
|------------------------------------------------------------------------------|
|               IN THE CIRCUIT  COURT OF MONTGOMERY    COUNTY                   |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                                    |
|                                                                              |
|        SERVE ON: (D006)                                                       |
|                                                                              |
|        SSN: 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                      PLAINTIFF`S ATTORNEY             |
|                                                                              |
|        P. HARRIS                             *** PRO SE ***                   |
|        250 MCDONOGH ST                                                        |
|                                                                              |
|        MONTGOMERY     ,AL  36104-0000                                         |
|------------------------------------------------------------------------------|
```

TO THE ABOVE NAMED DEFENDANT:

  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED.

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

```
|------------------------------------------------------------------------------|
| (√)  TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR     |
|      4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:          |
|      YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE         |
|      COMPLAINT IN THIS ACTION UPON DEFENDANT.                                 |
|                                                                              |
| ( )  THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE     |
|      WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)        |
|      OF THE ALABAMA RULES OF CIVIL PROCEDURE.                                 |
|                                                                              |
|                                        Melissa Rittenour                      |
| DATE: 07/23/2007                   CLERK: MELISSA RITTENOUR                    |
|                                           P O BOX 1667                        |
|                                           MONTGOMERY  AL  36102-1667          |
|                                           (334)832-1266                       |
|------------------------------------------------------------------------------|
|     RETURN ON SERVICE:                                                        |
|                                                                              |
| ( )  CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____     |
|      (RETURN RECEIPT HERETO ATTACHED)                                         |
|                                                                              |
| ( )  I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND          |
|                                                                              |
|      COMPLAINT TO _____            |
|                                                                              |
|      IN _____ COUNTY, ALABAMA ON (DATE) _____         |
|                                                                              |
|      _____    _____            |
|      DATE                            SERVER SIGNATURE                         |
|                                                                              |
|      _____    _____            |
|      SERVER ADDRESS                  TYPE OF PROCESS SERVER                   |
|------------------------------------------------------------------------------|
```
OPERATOR: LAW
PREPARED: 07/23/2007

AVSO350                    ALABAMA  JUDICIAL  DATA  CENTER
                            MONTGOMERY       COUNTY

                                    SUMMONS
                                                        CV 2007 000991.00

|--------------------------------------------------------------------------|
|                                                                          |
|         IN  THE  CIRCUIT   COURT OF MONTGOMERY       COUNTY               |
|                                                                          |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                               |
|                                                                          |
|       SERVE ON:  (D007)                                                  |
|                                                                          |
|       SSN: 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                    PLAINTIFF`S ATTORNEY           |
|                                                                          |
|       DEPUTY IBIDAPO                       *** PRO SE ***                 |
|       250 MCDONOGH ST                                                     |
|                                                                          |
|       MONTGOMERY    ,AL  36104-0000                                       |
|--------------------------------------------------------------------------|
|                                                                          |
| TO THE ABOVE NAMED DEFENDANT:                                            |
|                                                                          |
|  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST|
| TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE    |
| REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER       |
| ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS   |
| ATTORNEY(S) SHOWN ABOVE OR ATTACHED:                                     |
|                                                                          |
|  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS|
| AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE      |
| ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.|
| YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.|
|--------------------------------------------------------------------------|
|                                                                          |
| ( )    TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR|
|        4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:    |
|        YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE   |
|        COMPLAINT IN THIS ACTION UPON DEFENDANT.                           |
|                                                                          |
| ( )    THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE|
|        WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)       |
|        OF THE ALABAMA RULES OF CIVIL PROCEDURE                            |
|                                                                          |
| DATE: 07/23/2007                   CLERK:MELISSA RITTENOUR                |
|                                          P O BOX 1667                     |
|                                          MONTGOMERY  AL  36102-1667       |
|                                          (334)832-1266                    |
|--------------------------------------------------------------------------|
|                                                                          |
|     RETURN ON SERVICE:                                                    |
|                                                                          |
| ( )    CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____ |
|        (RETURN RECEIPT HERETO ATTACHED)                                   |
|                                                                          |
| ( )    I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND    |
|                                                                          |
|        COMPLAINT TO _____  |
|                                                                          |
|        IN _____ COUNTY, ALABAMA ON (DATE) _____  |
|                                                                          |
| _____     _____ |
| DATE                                      SERVER SIGNATURE                |
|                                                                          |
| _____     _____ |
| SERVER ADDRESS                            TYPE OF PROCESS SERVER          |
|                                                                          |
|--------------------------------------------------------------------------|
OPERATOR: LAW
PREPARED: 07/23/2007

AVSO350                    ALABAMA  JUDICIAL  DATA  CENTER
                             MONTGOMERY    COUNTY

                                  SUMMONS
                                                       CV 2007 000991.00

|------------------------------------------------------------------------|
|              IN  THE  CIRCUIT   COURT  OF  MONTGOMERY    COUNTY         |
| ALONZO MOREFIELD JR. VS. GINA SAVAGE,ET AL                             |
|                                                                        |
|       SERVE ON:  (D008)                                                |
|                                                                        |
|       SSN: 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               PLAINTIFF`S ATTORNEY              |
|                                                                        |
|       DEPUTY FOSTER                  *** PRO SE ***                    |
|       250 MCDONOGH ST                                                  |
|                                                                        |
|       MONTGOMERY    ,AL  36104-0000                                    |
|------------------------------------------------------------------------|
| TO THE ABOVE NAMED DEFENDANT:                                          |
|                                                                        |
|   THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST |
| TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE |
| REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER    |
| ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS |
| ATTORNEY(S) SHOWN ABOVE OR ATTACHED:                                  |
|                                                                        |
|   THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS |
| AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE   |
| ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. |
| YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT. |
|------------------------------------------------------------------------|
|   ( )   TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR |
|         4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE: |
|         YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE |
|         COMPLAINT IN THIS ACTION UPON DEFENDANT.                       |
|                                                                        |
|   ( )   THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE |
|         WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)    |
|         OF THE ALABAMA RULES OF CIVIL PROCEDURE.                       |
|                                                                        |
| DATE: 07/23/2007                     CLERK:MELISSA RITTENOUR           |
|                                             P O BOX 1667               |
|                                             MONTGOMERY  AL  36102-1667 |
|                                             (334)832-1266              |
|------------------------------------------------------------------------|
|       RETURN ON SERVICE:                                               |
|   ( )   CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____ |
|         (RETURN RECEIPT HERETO ATTACHED)                              |
|                                                                        |
|   ( )   I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND |
|                                                                        |
|         COMPLAINT TO _____ |
|                                                                        |
|         IN _____ COUNTY, ALABAMA ON (DATE) _____ |
|                                                                        |
|       _____    _____ |
|       DATE                               SERVER SIGNATURE             |
|                                                                        |
|       _____    _____ |
|       SERVER ADDRESS                     TYPE OF PROCESS SERVER       |
|------------------------------------------------------------------------|
OPERATOR: LAW
PREPARED: 07/23/2007

479955, 100 First Ave
c/o Georgia State Prison
Reidsville, GA. 30453

Melissa Rittenour, Clerk/Register
Circuit Court Montgomery County
P.O. Box 1667
Montgomery, AL. 36102-1667

April 20, 2007

Dear Clerk's office,

Please send me all civil action forms needed to
file a legal malpractice law suit.

Also send me the address for the state risk
management agency for torts.

Please forward to my above address.

Thank you

[signature]

Alonzo Morefield, Jr.
Litigator.

/Anyr.

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2007 JUN 20 PM 2:12

MELISSA RITTENOUR, Clerk/Register
Circuit Court Montgomery County
Post Office Box 1667
Montgomery, AL 36102-1667

Alonzo Morefield, Jr.
479955 GDS-South Prison
2164 Hwy 147
Reidsville, GA. 30499

LEGAL
MAIL

Letter sent to Prison Mailroom
for same-day mail-out on
4/30/07. Check Post Mark
to Insure Compliance
Remailed 5/14/07 -Returned uccram Maylings 5/21/07

NOTE: SENDER has Sealed This Envelope. IF Sealing has been Tampered With, Notify Sender. GSP MailRoom Staff of SEGREGATED as ILLegally OPen Legal MAIL DAILY.

*CV 07-991*

| State of Alabama Unified Judicial System | **COVER SHEET CIRCUIT COURT - CIVIL CASE** (Not For Domestic Relations Cases) | Case Number C V ☐☐☐☐☐☐☐☐☐.☐☐ |
|---|---|---|
| Form ARCivP-93    Rev. 5/99 | | Date of Filing: ☐☐ ☐☐ ☐☐☐☐ Month Day Year    Judge Code: ☐☐☐☐ |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Montgomery County_ , ALABAMA

_Alonzo Morefield, Jr._
**Plaintiff**

(Name of County) _Gina Savage, Wanda Robinson, Capt. B. Parker-Byrd, Ms. Brown, F. Davis, P. Harris, Deputy_
v. _Fidato, D. Gay Foster_
**Defendant**

| First Plaintiff | ☐ Business ☒ Individual ☐ Government ☐ Other | First Defendant | ☐ Business ☒ Individual ☐ Government ☒ Other |
|---|---|---|---|

---

**NATURE OF SUIT:**   Select primary cause of action, by checking box *(check only one)* that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PROPERTY INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☒ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

*2007 JUN 20 PM 2:11   FILED IN CIRCUIT COURT OF MONTGOMERY COUNTY*

---

**ORIGIN** *(check one):*   F ☒ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

---

**HAS JURY TRIAL BEEN DEMANDED?**   ☒ YES   ☐ NO      Note:  Checking "Yes" **does not** constitute a demand  for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

---

**RELIEF REQUESTED:**   ☒ MONETARY AWARD REQUESTED      ☐ NO MONETARY AWARD REQUESTED

---

**ATTORNEY CODE:** ☐☐☐☐☐☐☐☐    _May 21, 2007_
Date      Signature of Attorney/Party filing this form

---

**MEDIATION REQUESTED:**   ☐ YES   ☐ NO   ☒ UNDECIDED



NOTE:
Envelope Search by Sender. If sealing
AT TOP ↑ OR bottom & has been Tampered
with or Notify Sender.

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000254
Cashier ID: khaynes
Transaction Date: 08/29/2007
Payer Name: HASKELL SLAUGHTER YOUNG LLC
------------------------------------
CIVIL FILING FEE
 For: HASKELL SLAUGHTER YOUNG LLC
 Case/Party: D-ALM-2-07-CV-000780-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 005287
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

ALONZO MOREFIELD, JR. V. GINA
SAVAGE ET AL
```