IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Alonzo Morefield, Jr., )
)
Plaintiff, )
)
v. ) CASE NO. 2:07cv780-MHT
)
Col. Gina Savage, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Col. Gina Savage, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____                 _____
_____                 _____
_____                 _____

8/31/2007                            /s/Constance C. Walker
Date                                 (Signature)

                                     Constance C. Walker (ASB-5510-L66C)
                                     (Counsel's Name)

                                     Col. Gina Savage
                                     Counsel for (print names of all parties)
                                     Haskell Slaughter Young & Gallion, LLC
                                     P. O. Box 4660, Montgomery, Alabama 36103-4660
                                     Address, City, State Zip Code
                                     334-265-8573
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __United States Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __31st____ day of __August_____ 20_07_, to:

Alonzo Morefield, Jr., GA 479955, Georgia State Prison, 300 1st Ave., Reidsville, GA  30453

8/31/2007                                                          /s/Constance C. Walker
        Date                                                                          Signature