IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Alonzo Morefield, Jr., )
)
Plaintiff, )
)
v. ) CASE NO. 2:07cv780-MHT
)
Officer Foster, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Officer Foster, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

8/31/2007                    /s/Constance C. Walker
Date                         (Signature)

Constance C. Walker (ASB-5510-L66C)
(Counsel's Name)

Officer Foster
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
P. O. Box 4660, Montgomery, Alabama 36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION


## CERTIFICATE OF SERVICE


I, __Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __United States Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __31st____ day of __August_____ 20_07_, to:

Alonzo Morefield, Jr., GA 479955, Georgia State Prison, 300 1st Ave., Reidsville, GA  30453

_____
_____
_____
_____
_____


__8/31/2007_____                     __/s/Constance C. Walker_____
              Date                                                                                    Signature