IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN                    DIVISION

Alonzo Morefield, Jr._____,    )
                                 )
       Plaintiff,                )
                                 )
v.                               )    CASE NO. 2:07cv780-MHT
                                 )
Officer Ibidapo_____,     )
                                 )
       Defendants,               )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Officer Ibidapo____, a Defendant       in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☑ This party is an individual, or

- ☐ This party is a governmental entity, or

- ☐ There are no entities to be reported, or

- ☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____           _____

_____           _____

_____           _____

                                           _____

8/31/2007_____                         /s/Constance C. Walker_____
       Date                                (Signature)

                                           Constance C. Walker (ASB-5510-L66C)
                                           (Counsel's Name)

                                           Officer Ibidapo_____

                                           Counsel for (print names of all parties)
                                           Haskell Slaughter Young & Gallion, LLC
                                           P. O. Box 4660, Montgomery, Alabama  36103-4660
                                           Address, City, State Zip Code
                                           334-265-8573
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## <u>CERTIFICATE OF SERVICE</u>

I, <u>Constance C. Walker</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>United States Mail</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>31st</u> day of <u>August</u> 20<u>07</u>, to:

<u>Alonzo Morefield, Jr., GA479955, Georgia State Prison, 300 1st Ave., Reidsville, GA  30453</u>

_____

_____

_____

_____

_____

<u>8/31/2007</u>
Date

<u>/s/Constance C. Walker</u>
Signature