IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Alonzo Morefield, Jr., )
)
Plaintiff, )
)
v. ) CASE NO. 2:07cv780-MHT
)
Ms. Brown, )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Ms. Brown, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

8/31/2007
Date

/s/Constance C. Walker
(Signature)

Constance C. Walker (ASB-5510-L66C)
(Counsel's Name)

Ms. Brown
Counsel for (print names of all parties)

Haskell Slaughter Young & Gallion, LLC
P. O. Box 4660, Montgomery, Alabama 36103-4660
Address, City, State Zip Code

334-265-8573
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Constance C. Walker_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __United States Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __31st___ day of __August_____ 20_07_, to:

Alonzo Morefield, Jr., GA479955, Georgia State Prison, 300 1st Ave., Reidsville, GA  30453

_____

_____

_____

_____

_____

| 8/31/2007 | /s/Constance C. Walker |
|---|---|
| Date | Signature |