IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Alonzo Morefield, Jr.,        x   MOTION TO VOLUNTARILY DISMISS
    Plaintiff                      COMPLAINT
                              x
vs.
                              x   2:07-cv-780-MHT
Gina Savage, et al,                (WO)
    Defendants                x

RECEIVED
2007 SEP 12 A 9:47
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Plaintiff in the above styled case moves this Court to voluntarily dismiss this case sua sponte without prejudice for the following reasons:

1. Plaintiff is in receipt of the Magistrate Judges Recommendations filed on September 4, 2007 arriving to Plaintiff September 6, 2007.

2. Plaintiff is unknowingly advised that his state tort lawsuit filed in the Circuit Court of Montgomery County Alabama was transferred to this Court.

3. Plaintiff did not request or desire to bring this action in the Federal Court or he/Plaintiff would have filed the appropriate forms. It was the defendants who initiated the transfer of this case. Plaintiff did not label, aver or infer that his state tort lawsuit was to be construed as a 1983 action.

4. Plaintiff civil action filed on June 20, 2007, in Circuit Court of Montgomery County Alabama is a state tort lawsuit and should have been litigated as such. Plaintiff was not aware of the suits transfer until receipt of the Magistrate Recommendations. Defendants and/or Circuit Court of Montgomery County Alabama failed to inform Plaintiff of this lawsuits transfer.

5. Plaintiff does not desire to pursue this case in Federal Court. If state law toll limitation barred this tort then state court should have proposed or proceeded to dismiss this case. The transfer of this case to Federal Court is an attempt by defendants to have this Court employ a strike against Plaintiff pursuant to the Prison Litigation Reform Act. Plaintiff ask the Court not to be swayed by the retaliatory actions of the defendants.

In sum, Plaintiff ask this Court to voluntarily dismiss this case sua sponte based on the aforementioned cause without prejudice. Plaintiff will reevaluate his options and seek redress in a civil state tort claim which was his initial intent. Moreover, Plaintiff should not be punished with a frivolous dismissal as he did not seek a 42 USC 1983 lawsuit.

Respectfully Submitted,
Alonzo Morefield, Jr.,
Plaintiff, Pro Se

by: /s/ AM/jr

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was served on Counsel for Defendant by placing the same in U.S. Mail, Postage Prepaid Addressed to:

Attorney Constance Walker
c/o Haskell, Slaughter, Young and Gallion, LLC
P.O. Box 4660
Montgomery, AL. 36103-4660
(334) 265-8573

This 10th day of September, 2007.

/s/ AM/jr

Alonzo Morefield, Jr.
Georgia State Prison
I.D. No. 478855
300 First Ave
Reidsville, GA.
30453

HIONCO MOREFIELD, JR 478455
2164 HWY 147
REIDSVILLE, GA. 30499

Georgia State Prison
300 1st Avenue South
Reidsville GA 30453

LEGAL
MAIL

Seas for same day
mailing on 9/10/07
check post mark
for compliance

To: DEBRA HACKETT, Clerk
U.S. District Court
P.O. Box 711
36101+0711 Montgomery, AL 36101