IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ALONZO MOREFIELD, JR.  *
GA479 955
    Plaintiff,  *

    v.  *  2:07-CV-780-MHT

GINA SAVAGE, *et al.*,  *

    Defendants.  *

_____

**ORDER**

Upon consideration of Plaintiff's Motion for Voluntary Dismissal of the above-captioned complaint, it is

ORDERED that the Recommendation of the Magistrate Judge entered on September 4, 2007 (Doc. No. 10), be and is hereby WITHDRAWN.

Done, this 13th day of September 2007.

                    /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE