IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

ALONZO MOREFIELD, JR.         *
GA479 955
    Plaintiff,              *

    v.                      *           2:07-CV-780-MHT
                                                           (WO)

GINA SAVAGE, *et al.*,        *

    Defendants.             *

_____

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This removal action was filed in this court on August 29, 2007. On September 12, 2007 Plaintiff filed a motion for voluntary dismissal of the complaint. Upon review of the file in this case, the court concludes that Plaintiff's motion is due to be granted.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that Plaintiff's Motion for Voluntary Dismissal of Complaint (Doc. No. 11) be GRANTED and that this case be dismissed without prejudice.

It is further

ORDERED that the parties are DIRECTED to file any objections to the Recommendation on or before **September 26, 2007**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore,

it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done, this 14th day of September 2007.

        /s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE