Alonzo Morefield, Jr., ESQ.
Jail House Lawyer No. 479955
Hays State Prison
777 Underwood Drive
Trion, GA. 30753

Debra P. Hackett, Clerk
U.S. District Court,
P.O. Box 711
Montgomery, AL. 36101-0711

RECEIVED
2007 OCT -1 A 9: [??]
DEBRA P. HACKETT
U.S. DISTRICT [COURT]
MIDDLE DISTRICT AL.

SEPT. 27, 2007

Case No(s)

Dear Clerks Office,

I come to notify you of my new address as of 9/25/07 which is listed above. Please make the change on my pending cases filed in your district listed as:

1) 2:07-cv-00080-MHT-TFM
2) 2:06-cv-00976-MHT-DRB
3) 2:07-cv-00780-MHT-TFM

Direct all questions to my new address listed above.

Thank you,

[signature]

Alonzo Morefield, Jr.
Plaintiff / Petitioner
Pro Se.

xc: File

LEGAL MAIL

Received by Shane Hy Mahey on 9/27/07 check Does not match Iza compliance

Melvin LeFrid, Jr., ESQ
Mail House Lawyer No 175955
[illegible] 668
[illegible] GA 30253

36101+0711

Deboa P. Hackett, Clerk
U.S. District Court, Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711

CHATTANOOGA TN 374
28 SEP 2007 PM

USA FIRST-CLASS FOREVER