IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALONZO MOREFIELD,  )<br>GA479 955  )<br>  )<br>   Plaintiff,  )<br>  )          CIVIL ACTION NO.<br>v.  )          2:07CV780-MHT<br>  )             [WO]<br>GINA SAVAGE, *et al.,*  )<br>  )<br>   Defendants.  ) | |

## OPINION

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on September 14, 2007 (Doc. #13), that plaintiff's motion for voluntary dismissal of the complaint filed on September 12, 2007 (Doc. #11) be granted and that this case be dismissed without prejudice.

After a review of the recommendation, to which plaintiff did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of October, 2007.

           /s/ Myron H. Thompson           
UNITED STATES DISTRICT JUDGE